U.S. Department of Justice
United States Attorneys

# United States District Court
# for the District of Columbia



**FILED**
OCT 2 8 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA :

V. :

TRICIA STEELE BOUTROS :

Case No. 19-mj-00264

:

:

## O R D E R

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __28th__ day of __October, 2019__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _a date and time mutually agreed to by both parties_ by __a designated law enforcement agent__ to the Central Cell Block of the Metropolitan Police Department, ~~to the United States Marshal's Office and~~ to __N/A__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __a designated law enforcement agent__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) Deborah A. Robinson

DOJ USA-16-80